IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

In Re: Grand Jury Subpoena No.               :       **Filed Under Seal**
N-23-1-84(1)                                 :
                                             :       Misc. No. 23-mj-__433__ (RMS)
                                             :
_____           :

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Amazon.com, Inc. ("Amazon"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the subpoena) of the existence of the attached subpoena until one year from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by giving targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual.  *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Amazon shall not disclose the existence of the attached subpoena, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year from the date of this Order, except that Amazon may disclose the attached subpoena to an attorney for Amazon for the purpose of receiving legal advice.

SO ORDERED, this __9th__ day of May, 2023, at New Haven, Connecticut.

Robert M. Spector
Digitally signed by Robert M.
Spector
Date: 2023.05.09 15:22:12 -04'00'

_____
HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE